# United States District Court

Western _____ DISTRICT OF Tennessee - Eastern Division

Michael Beasley

Plaintiff

v.

Judge Donald Allen, et. al.

Defendants

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NUMBER: 1 - 05 - 1116 - T_

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☑ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this _8th_ day of _June_, _2005_.

_James D. Todd_
Signature of Judicial Officer

_U S District Judge_
Name and Title of Judicial Officer

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _6/9/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01116 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

Bede Anyanwu
P.O. Box 12022
Jackson, TN 38008

Honorable James Todd
US DISTRICT COURT