IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MICHAEL BEASLEY, )
      Plaintiff )
)
v. ) No: 1-05-1116 T/An
)
JUDGE DONALD ALLEN, et al., )
      Defendant(s) )

## ORDER GRANTING THE EXTENSION OF TIME TO FILE
## A RESPONSIVE PLEADING TO DEFENDANTS

Upon motion of the Defendants, Bob Anderson, Judy Barnhill, Jamie Moore, Jerry Gist and David Woolfork, to extend time to file responsive pleading, statements of counsel for these Defendants, and the entire record, it is,

ORDERED that the Defendants, Bob Anderson, Judy Barnhill, Jamie Moore, Jerry Gist and David Woolfork are granted an extension of time to file a responsive pleading, with said responsive pleadings to be filed on or before September 9, 2005.

DATED: This the _11th_ day of August, 2005.

                                        S. Thomas Anderson USMJ
                                                JUDGE

Respectfully submitted,

PENTECOST, GLENN & RUDD, PLLC

By: *Brandon C...*

James Pentecost (#011640)
Brandon O. Gibson (#021485)
Attorney for Defendants
106 Stonebridge Blvd
Jackson, TN 38305
(731) 668-5995

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or paper personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party on or before the filing date thereof.

DATE: This the 8th of August, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: *Brandon C...*

James I. Pentecost
Brandon O. Gibson

SERVED UPON:

Bede Anyanwu
P.O. Box 12022
Jackson, Tennessee 38008

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CV-01116 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Bede Anyanwu
P.O. Box 12022
Jackson, TN 38008

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Mary M. Bers
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT